**Order entered July 6, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01106-CR
### No. 05-14-01107-CR

**DEWAYNE KEITH FINCHER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F08-63186-M, F10-51689-M**

## ORDER

Appellant's June 30, 2015 motion for leave to file brief tendered and for extension of time is **GRANTED**. Appellant's brief received by the Clerk of the Court on June 30, 2015 is **DEEMED** timely filed on the date of this order.

/s/     LANA MYERS
          JUSTICE